IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WALTER SANFORD**                                                                        **PETITIONER**

v.                                                                        CAUSE NO. 1:22CV240-LG-RPM

**BLAND HUFFMAN,**
Supt. SMCI                                                                        **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND GRANTING RESPONDENT'S MOTION TO DISMISS

**BEFORE THE COURT** is the [13] Report and Recommendation entered by United States Magistrate Judge Robert P. Myers, Jr., who recommends that the [11] Motion to Dismiss filed by Respondent should be granted because Petitioner Walter Sanford's claims are untimely. The Court granted Sanford's request for additional time to object to the Report and Recommendation, but he did not file an objection and the time for doing so has expired.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having conducted the required review, the Court finds that Judge Myers' Report and Recommendation is neither clearly erroneous nor contrary

to law.  Respondent's Motion to Dismiss is granted, and Sanford's Petition for a Writ of Habeas Corpus is dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [13] Report and Recommendation entered by United States Magistrate Judge Robert P. Myers, Jr.,  is **ADOPTED** as the opinion of the Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [11] Motion to Dismiss filed by Respondent is **GRANTED**.  The [1] Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of August, 2023.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE