IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WALTER SANFORD**                                                       **PETITIONER**

v.                                                     **CAUSE NO. 1:22CV240-LG-RPM**

**BLAND HUFFMAN,**
Supt. SMCI                                                     **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on submission of the [13] Report and Recommendation entered by United States Magistrate Robert P. Myers, Jr., on May 30, 2023.  The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of August, 2023.

                                         s/ *Louis Guirola, Jr.*
                                         LOUIS GUIROLA, JR.
                                         UNITED STATES DISTRICT JUDGE